# Exhibit A

2021

# J.R. Simplot Company

# Employee Handbook

For U.S. Exempt and Non-Exempt
Salaried Employees



©2021 J.R. Simplot Company. All rights reserved. Effective January 2021

# Welcome

We take this opportunity to welcome you to the J.R. Simplot Company and its affiliated companies (collectively, "Simplot," for purposes of this *Employee Handbook*).

In conjunction with the Simplot *Code of Conduct*, this *Employee Handbook* (this "*Handbook*") was developed to describe some of the expectations of our employees and to outline the policies, programs, and benefits available to employees. This *Handbook* applies to all salaried U.S. employees of Simplot that are not subject to a Collective Bargaining Agreement. Any state-specific deviations from this *Handbook* are set forth in the Addendums to this *Handbook*.

With the exception of the Simplot *Code of Conduct*, this *Handbook* supersedes all previous handbooks, statements, policies, procedures and rules given to employees, whether verbal or written. Employees must familiarize themselves with the contents of this *Handbook* immediately upon receipt as it will answer many questions about employment with Simplot. No employee handbook can anticipate every circumstance or question. Simplot reserves the right to revise, supplement, or rescind any policies or portion of this *Handbook* from time to time as it deems appropriate in its sole discretion, with or without notice.

Simplot is committed to complying with all applicable federal, state, and local laws. While every attempt is made to ensure this *Handbook* is consistent with applicable law, should any inconsistency arise, Simplot will enforce the policy only to the extent consistent with applicable law. Specific questions regarding this *Handbook* and any Company policies should be directed to a Human Resources team member.

# Table of Contents

Welcome..........................................................................................................................................2

Important .......................................................................................................................................4

A Message from Our President and CEO ..........................................................................................5

The J.R. Simplot Company:  Feeding Our World with  Innovation and Integrity .....................................6

Workplace Expectations & Employee Relations..................................................................................7

Diversity, Equity, and Inclusion ...................................................................................................7

Equal Employment Opportunity....................................................................................................7

Disability Accommodation............................................................................................................7

Prohibition of Sexual and Other Unlawful Harassment and/or Discrimination.....................................8

Definitions of Sexual Harassment.............................................................................................8

Harassment...........................................................................................................................9

Individuals and Conduct Covered.............................................................................................9

Complaint Process..................................................................................................................9

Non-Disclosure/Confidentiality ................................................................................................. 10

Attendance and Punctuality ...................................................................................................... 10

Employment Categories ........................................................................................................... 11

Background Checks................................................................................................................... 12

Personal Data Changes............................................................................................................. 12

Falsification and Misrepresentation............................................................................................ 12

Employee Conduct and Work Rules ............................................................................................ 12

Progressive Discipline............................................................................................................... 14

Technology Usage.................................................................................................................... 15

Return of Property.................................................................................................................... 15

Employee Benefits & Compensation................................................................................................ 15

Holidays ................................................................................................................................. 15

Paid Time Off / Vacation........................................................................................................... 15

Leave..................................................................................................................................... 15

Jury Duty................................................................................................................................ 16

Bereavement Leave ................................................................................................................. 16

Employee Benefits................................................................................................................... 16

Meal and Rest Periods.............................................................................................................. 17

Overtime ................................................................................................................................. 17

Timekeeping ......................................................................................................................... 17

Paydays ................................................................................................................................. 18

Administrative Pay Corrections ............................................................................................ 18

Pay Deductions and Setoffs .................................................................................................. 18

Work Schedules ..................................................................................................................... 18

Workplace Safety................................................................................................................... 18

Workplace Violence Prevention ........................................................................................... 19

Workplace Monitoring and Security Inspections ................................................................. 19

Use of Equipment and Vehicles............................................................................................ 20

Driver Safety ......................................................................................................................... 20

Drug and Alcohol Use and Testing........................................................................................ 21

Smoking ................................................................................................................................. 21

Visitors in the Workplace ...................................................................................................... 21

Employee Handbook  Acknowledgment & Receipt .............................................................. 22

# Important

THE CONTENTS OF THIS HANDBOOK DO NOT CONSTITUTE THE TERMS OF A CONTRACT OF EMPLOYMENT. NEITHER THE EMPLOYEE NOR SIMPLOT IS OBLIGATED TO CONTINUE THE EMPLOYMENT RELATIONSHIP AND EITHER MAY CHOOSE TO END THE EMPLOYMENT RELATIONSHIP AT ANY TIME WITH OR WITHOUT CAUSE. ALL EMPLOYMENT RELATIONSHIPS WITH SIMPLOT ARE THEREFORE "AT-WILL" UNLESS A SPECIFIC EMPLOYMENT CONTRACT EXISTS WITH A SPECIFIC EMPLOYEE AND AN AUTHORIZED OFFICER OF SIMPLOT HAS SIGNED SUCH CONTRACT ON BEHALF OF SIMPLOT.

# A Message from Our President and CEO

Greetings —

Every employee at the J.R. Simplot Company plays a unique and important role in our success as we contribute to feeding our world. Whether you've been with us for days or decades, if you work in an office, on the line, in the field, or elsewhere, your contributions are vital to and valued by our Company. This handbook will help you learn more about Simplot and the opportunities and responsibilities we all share.

This is a one-of-a-kind organization, mindfully built over many decades on the foresight, leadership, and entrepreneurship of its founder, J.R. "Jack" Simplot and carried forward by the continued focus and support of the Simplot Family. The Family's commitment to hiring good people and relying on them to use their best judgment is foundational to the Company. Its successes — in the past, present and future — would not be possible without the imagination and initiative of Simplot employees. Including you!

Our employees are our most important resource and drive everything we do. Without our employees, we would not be able to provide products and services to customers or support the communities we call home. Thanks to employees, we have built on our storied heritage, developing and embracing *our Core Values* of *Spirit of Innovation, Passion for People* and *Respect for Resources.* Living these values has allowed us to create a line of quality products unparalleled in the global food and global agriculture industries.

All of your contributions are vital to our Company. Our continued success depends on your ideas, input and innovative thinking. Please take the opportunity to read this handbook and learn more about the many topics it covers. If you have any questions about information in it, or anything else about Simplot, please reach out to your leader to discuss.

Wishing you every success,

Garrett Lofto
President and CEO

# The J.R. Simplot Company: Feeding Our World with Innovation and Integrity

The Simplot Company's future was born in the fields of southern Idaho nearly 100 years ago, when our founder, J.R. "Jack" Simplot, went in search of his fortune at age 14. Armed with keen entrepreneurial instincts and boundless curiosity and energy, J.R. followed his unshakable belief in the promise of the possible.

J.R.'s business grew and diversified as he matured, but the essence of the company remained, drawing purpose and strength from the unique character and drive of its founder. Springing from Jack's spirit of ingenuity and determination, Simplot created and marketed the first commercially viable frozen french fries in the world during the early 1950s. This innovative use of technology was just one of many instances in our Company's history when new thinking propelled significant growth.

Our Company is now one of the world's largest privately held food and agribusiness companies, with 13,000 employees whose efforts – from mine to plate – feed a growing global population. Simplot has major operations in the U.S., Canada, Mexico, Argentina, Australia, China and distributes products to more than 60 countries around the world.

At the J.R. Simplot Company, our culture drives us to work together as a global One Simplot team to meet our Purpose to *Contribute to Feeding Our World*. Guided by our Company strategy and our core values, we discover ideas, connect our ideas to people, leverage our knowledge and grow.

Simplot comprises four primary, integrated Business Groups and a pair of innovative, emerging business areas, all working to serve customers worldwide. Our Business Groups driving our efforts in Global Food are Food Group and Simplot Australia, and those concerned with Global Agriculture are AgriBusiness and Land & Livestock. Cutting-edge work in our Plant and Animal Sciences areas discover better ways to feed an increasing population with fewer resources.

Our legacy as a Company is built on J.R.'s vision and steadfast leadership that launched this remarkable enterprise so many decades ago. Many things have evolved at Simplot since then, but J.R.'s bedrock vision carries forward: work hard, be good partners, and treat the earth as a precious resource to be respected and protected every day.

# Workplace Expectations & Employee Relations

## Diversity, Equity, and Inclusion

As a global and diverse organization, the J.R. Simplot Company also recognizes the important role we play in creating a culture of acceptance, support and inclusion. We have employees and customers of every race, ethnicity, religion, gender and sexual orientation and will not tolerate hatred or discrimination in our Company or the divisiveness it causes in the communities we serve around the world.

Our diversity is a crucial aspect of our Purpose to *Contribute to Feeding the World*. We do this with the clear understanding that our cultural diversity is a core strength that drives creativity and innovation across our organization. The voices, ideas and contributions of our workforce will be key in our ongoing examination of our approach to diversity and inclusion.

We celebrate all of those around the world who are committed to the effort to build a better tomorrow by working to eradicate discrimination wherever it lives.

## Equal Employment Opportunity

In order to provide equal employment and advancement opportunities to all individuals, employment decisions at Simplot will be based on merit, qualifications, and abilities. Simplot does not discriminate in employment opportunities or practices based on race, color, religion, national origin, ancestry, age, sex, gender, gender identity, gender expression, genetic information, physical or mental disability, medical condition, sexual orientation, military or veteran status, marital status, or any other legally protected status. Simplot complies with applicable state and local laws governing nondiscrimination in employment in every location in which Simplot operates.

This policy governs all aspects of employment, including, but not limited to, selection, job assignment, compensation, promotions, discipline, termination, and access to benefits and training.

Employees with questions or concerns about any type of discrimination in the workplace are expected to bring these issues to the attention of their immediate manager/supervisor or a HR team member, or to contact Simplot's Employee Reporting Hotline. Employees can raise concerns and make reports without fear of reprisal. Any employee found to be engaging in any type of discrimination will be subject to disciplinary action, up to and including termination of employment.

## Disability Accommodation

Simplot is committed to complying fully with the Americans with Disabilities Act, as amended ("ADA"), and any similar state or local laws that are applicable to Simplot, to ensure equal opportunity in employment for qualified persons with disabilities. All employment practices and activities are conducted on a non-discriminatory basis.

Hiring procedures are designed to provide persons with disabilities meaningful employment opportunities. Pre-employment inquiries, if any, are made only regarding an applicant's ability to perform the essential functions of the position with or without accommodation.

Simplot will make its best efforts to provide reasonable accommodations to employees with qualifying disabilities to enable them to perform the essential functions of their job. If an employee believes that they require an accommodation in order to perform the essential functions of their job, they should submit a request for a reasonable accommodation to their HR team member. Simplot will then engage in an interactive process with the employee to determine whether a feasible reasonable accommodation exists. If the employee does not believe that their request has been handled properly, he or she is required to bring their concerns to Simplot's Senior Vice President of Human Resources or its General Counsel. The employee may also report the incident to Simplot's Employee Reporting Hotline.

# Prohibition of Sexual and Other Unlawful Harassment and/or Discrimination

Simplot is committed to a work environment in which all individuals are treated with respect and dignity. Each individual has the right to work in a professional atmosphere that promotes equal employment opportunities and prohibits unlawful discriminatory practices, including harassment. Therefore, Simplot expects all relationships among persons in our facilities will be business-like and free from bias, prejudice, and harassment.

Simplot requires reporting of all observed or perceived incidents of discrimination or harassment. It is Simplot's policy to promptly and thoroughly investigate all legitimate reports. Simplot prohibits retaliation against any individual who makes a good faith report of discrimination or harassment or who participates in an investigation of such reports. This does not preclude Simplot from taking any adverse action against any employee found to be guilty of prohibited conduct.

## Definitions of Sexual Harassment

"Sexual harassment" is defined as unwanted sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature when: (1) submission to such conduct is made either explicitly or implicitly a term or condition of employment; (2) submission or rejection of the conduct is used as a basis for making employment decisions; or (3) the conduct has the purpose or effect of interfering with work performance or creating an intimidating, hostile, or offensive work environment. This definition includes many forms of offensive behavior and includes gender-based harassment of a person of the same sex as the harasser.

Sexual harassment may include a range of subtle and not-so-subtle behaviors and may involve individuals of the same or different gender. Depending on the circumstances, these behaviors may include, but are not limited to, unwanted sexual advances or requests for sexual favors; sexual jokes and innuendo; verbal abuse of a sexual nature; commentary about an individual's body, sexual prowess, or sexual deficiencies; leering, whistling, or touching; insulting or obscene comments or gestures; display in the workplace of sexually suggestive objects, pictures, emails, text messages, or content on social media; and other physical, verbal, or visual conduct of a sexual nature.

## Harassment

Harassment on the basis of any other protected characteristic is also strictly prohibited. Under this policy, "harassment" is verbal, written or physical conduct that denigrates or shows hostility or aversion toward an individual because of race, color, religion, national origin, ancestry, age, sex, gender, gender identity, gender expression, genetic information, physical or mental disability, medical condition, sexual orientation, military or veteran status, marital status, or any other characteristic protected by law, and that a) has the purpose or effect of creating an intimidating, hostile, or offensive work environment; b) has the purpose or effect of unreasonably interfering with an individual's work performance; or c) otherwise adversely affects an individual's employment opportunities.

Harassing conduct includes epithets, slurs, or negative stereotyping; threatening, intimidating, or hostile acts; denigrating jokes; and written or graphic material that denigrates or shows hostility or aversion toward an individual or group and that is placed on walls or elsewhere on Simplot's premises or circulated in the workplace, on Simplot's time or using Simplot's equipment including e-mail and phones (including voice messages, tweets, blogs, social networking sites, or other means).

## Individuals and Conduct Covered

These policies prohibit any form of harassment or discrimination against an applicant, an employee, or anyone visiting or doing business with Simplot, whether related to inappropriate conduct engaged in by fellow employees or someone else (e.g., an outside supplier, consultant, or customer).

Conduct prohibited by these policies will not be tolerated in the workplace or in any other work-related setting, such as during business trips, off-site business meetings, and business-related social events.

## Complaint Process

Employees who experience or witness sexual or other harassment or discrimination in the workplace in violation of this *Handbook*, must report it immediately to Simplot's Employee Reporting Hotline, their manager or supervisor, or the Human Resources Department. Please contact Simplot's Employee Reporting Hotline at the following:

a. by phone: 1-800-390-9612
b. online: www.simplot.alertline.com, or
c. by mail:

> J.R. Simplot Company
> Attn: Employee Reporting Hotline
> 1099 W. Front Street
> Boise, ID 83702

Employees can raise concerns and make reports, in good faith, without fear of reprisal or retaliation. When possible, Simplot encourages individuals who believe they are being subjected to harassment or discrimination to promptly advise the offender that his or her behavior is unwelcome and request that it be discontinued. Often this action alone will resolve the problem. Simplot recognizes, however, that an individual may prefer to pursue the matter through more formal complaint procedures.

All legitimate allegations of harassment or discrimination will be investigated as soon as practicable. To the extent possible, the individual's confidentiality and that of any witnesses and the alleged harasser will be protected against unnecessary disclosure. When the investigation is completed, the employee will be provided with a summary of the findings of the investigation.

Retaliation against an individual for the good faith reporting of harassment or discrimination or for participating in an investigation of a claim of harassment or discrimination is a serious violation of this policy and, like harassment or discrimination itself, will be subject to disciplinary action, up to and including termination of employment. Acts of retaliation must be reported immediately and will be promptly investigated and addressed. False or malicious complaints of harassment, discrimination, or retaliation will result in appropriate disciplinary action, up to and including termination of employment.

# Non-Disclosure/Confidentiality

Simplot employees' creativity and subsequent innovations are at the forefront of the Simplot's goal to be first-in-class, customer-focused and ahead of the competition. The protection of confidential information and trade secrets is vital to the interests and the success of Simplot.

All employees must sign and abide by the terms of Simplot's *Employee Secrecy and Confidentiality Agreement* as a condition of employment. Please refer to Simplot's *Global Intellectual Property Policy* for more details and educational guidance on intellectual property issues, ownership, and the expectations relating to employee protection of Simplot's intellectual property located on the Company intranet or where Simplot policies are housed. If employees have any questions about the policy, they should contact their HR team member.

# Attendance and Punctuality

It is important for employees to report to work on time and to avoid unnecessary absences. Simplot recognizes that illness or other circumstances beyond an employee's control may cause them to be absent from work from time to time. Excessive absenteeism or frequent tardiness puts an unnecessary strain on coworkers and can have a negative impact on the success of Simplot.

Employees are expected to report to work when scheduled. Whenever employees know in advance that they are going to be absent, they must notify their immediate manager/supervisor. If the absence is unexpected, they must attempt to reach their immediate manager/supervisor as soon as possible, but no later than one (1) hour before their start time. If employees must leave a voicemail or text message and their manager/supervisor did not respond, they are expected to call back within two (2) hours and speak directly to their manager/supervisor to confirm receipt of the message.

Employees must call in each day they are out due to illness or other unplanned absence. Failure to call in is considered a No Call/No Show and may result in immediate termination unless approved prevailing circumstances prevent employees from calling in to report their absence.

Employees are expected to be at their workstations at the beginning of their start time. If delayed, employees are expected to immediately notify their immediate manager/supervisor. Excessive tardiness will result in disciplinary action, up to and including termination of employment.

This section sets forth Simplot's general attendance policy. If an employee works at a location with a separate attendance policy, the terms and conditions of that attendance policy shall apply to that employee.

## Employment Categories

It is the intent of Simplot to clarify the definitions of employment classifications so that employees understand their employment status and benefits eligibility. These classifications do not guarantee employment for any specified period of time, and employment remains at-will.

Employees are designated as either non-exempt or exempt from federal and state wage and hour laws. Non-exempt employees are entitled to overtime pay under the specific provisions of federal and state laws. Exempt employees are excluded from specific provisions of federal and state wage and hour laws and are not entitled to overtime pay.

For purposes of administration of compensation and eligibility for overtime payments and benefits, Simplot classifies employees and other workers as follows:

Exempt:          Exempt employees are not entitled to overtime compensation, but receive a salary representing payment for all hours worked in a given workweek.

Non-exempt:      Employees who are entitled to overtime compensation at the rate of time and one-half (1.5) of their regular rate of pay for all hours worked beyond 40 hours in a workweek, in accordance with and adjusted for all applicable federal and state wage and hour laws, or other applicable laws.

Ag-exempt:       Employees working in agricultural jobs who are not eligible for overtime pay and, in some cases, minimum wage. Ag-exempt employees are classified as hourly, even though they are normally paid a monthly wage and do not receive overtime pay. Specific employee groups, locations, or seasonal activities requiring overtime may be paid on a straight-time hourly rate, at management's discretion.

Salaried:        Exempt or non-exempt employees who are paid a set salary, based upon an established number of hours and eligible for various benefits and compensation programs.

Hourly:          Non-exempt employees whose rate of pay is typically quoted by the hour. A timecard must be submitted in order for payroll to be processed.

Regular:         Employees who work an indefinite period of time (no guarantee of continued employment is implied). Regular employees may be scheduled to work full-time (40 hours) or part-time (less than 40 hours per week).

Temporary:       Employees who work a defined period of time, which typically lasts for no more than five (5) months. The position may last longer if identified for a specific job or project that is scheduled to last for a defined period of time. The duration of employment should be specified at the time of hire or transfer.

Contingent:      Contingent Workers are temporary workers who are not employed by or paid any direct wages or benefits of Simplot, who work on intermittent assignments or projects for an indefinite period of time, or on an as-needed basis.

| | |
|---|---|
| Seasonal: | A seasonal worker who works only during Simplot's busy season. |
| ACA Seasonal: | An employee who works for a specific, short-term need based on a season, not due to seasonal fluctuations. Typically does not exceed six (6) months of employment. |
| Turnaround: | Specialty classification of employee employed at a single location for less than six (6) weeks to facilitate a scheduled plant or mine shutdown/turnaround. |
| Intern: | Employees who work for a defined period of time, who are actively pursuing a relevant degree program, that includes earning credit for the work experience, and may be paid or unpaid. A student may stay in an internship program for no more than six (6) months following graduation. |

Employees who have questions about their employment classification, exemption status, or believe they are incorrectly classified should contact a HR team member.

## Background Checks

Simplot requires pre-employment background checks. Simplot may also conduct background checks on current employees when necessitated by business needs or required by law. Before making an employment decision based on the results of a background check, Simplot will give the impacted person notice of the facts and circumstance and provide them with an opportunity to explain those facts and circumstances.

## Personal Data Changes

It is the responsibility of employees to keep personal mailing addresses, telephone numbers, individuals to be contacted in the event of an emergency, educational accomplishments, and other such status reports accurate and current at all times. If any personal data has changed, employees can submit the changes through MySimplot or contact the HR Solutions team.

## Falsification and Misrepresentation

Simplot relies upon the accuracy of information contained in its employment application as well as the accuracy of other data presented throughout the hiring process and employment. Any misrepresentations, falsifications or omissions in any of this information or data may result in Simplot's exclusion of the individual from further consideration for employment or, if the person has been hired, termination of employment.

## Employee Conduct and Work Rules

To ensure orderly operations and provide the best possible work environment, Simplot expects employees to follow rules of conduct that will protect the interests and safety of all employees and Simplot. In general, Simplot employees are expected to engage in behavior that is focused on our *Purpose – We Contribute to Feeding our World;* our *Mission – Bringing Earth's Resources to Life;* and our *Core Values – Passion for People, Spirit of Innovation,* and *Respect for Resources.*

It is not possible to list all the forms of behavior that are considered unacceptable in the workplace, but employees must be aware of and comply with Simplot's Code of Conduct, the policies set forth in this *Handbook*, and the following workplace rules. The following are *illustrative* examples of

infractions of rules of conduct that may result in disciplinary action, up to and including termination of employment.

1. **Dishonest, deceitful, or illegal conduct, including the following:**
   a. Being dishonest or deceitful with the Company or anyone with whom it does business.
   b. Providing false or misleading information to any government agency that regulates the Company's business.
   c. Providing false or misleading information in Company records or reports, including job applications, the reporting of hours worked, or absences.
   d. Using or disclosing Company confidential information or trade secrets in violation of Simplot's Employee Secrecy and Confidentiality Agreement.
   e. Accessing confidential information without proper authorization.
   f. Granting unauthorized access to the Company's network, databases, confidential information, or trade secrets.
   g. Use of Company-owned equipment, vehicles, facilities, materials, or other property for personal or non-Company use without prior permission from a manager or supervisor.
   h. Embezzlement, misappropriation, or theft of property.
   i. Bribery or corruption.
   j. Engaging in activities that create, or appear to create, a conflict between your personal interests and the Company's interests.
   k. Assisting or working for a competing enterprise.
   l. Unlawful discrimination, including sexual harassment in violation of applicable law or the policies set forth in this *Handbook.*
   m. Possession, use, or sale of illegal drugs or controlled substances (unless prescribed and for personal use) while on Simplot's property or during the course and scope of your employment with Simplot. Because marijuana is illegal at the federal level, it is considered an illegal drug.
   n. Any intentional dumping or release of any environmental contaminant in violation of federal, state, or local law.

2. **Insubordination, including the following:**
   a. Failing to follow a directive or order from a manager or supervisor, unless such directive or order places you or others in imminent danger.

3. **Violation of environmental, health, or safety rules and practices, including the following:**
   a. Non-compliance with food safety rules, mine safety rules, lock-out-tag-out rules or any other Company environmental, health, or safety rule or protocol.
   b. Failure to report accidents, damage to equipment, near misses, or spills or releases of environmental contaminants.
   c. Failing to wear required personal protective equipment.
   d. Entering unauthorized areas.
   e. Using or working on equipment without taking appropriate precautions.
   f. Reporting to work under the influence of drugs or alcohol, refusing to submit to a drug or alcohol test, or any other violation of the Simplot substance abuse policy that applies to the employee.
   g. Engaging in horseplay or other conduct that creates an unsafe work environment, or that endangers the life or safety of a person or animal.

4. **Failure to satisfactorily perform job duties, including the following:**
   a. Failing to perform assigned job duties, unsatisfactorily performing assigned job duties, or failing to meet defined production or quality standards.

b.  Sleeping on the job.
c.  Failing to show up for work, showing up late, failing to timely report absences, or other attendance policy violations.
d.  Excessive use of computers, phones, or other electronic devices for personal matters during work hours.
e.  Inappropriate or unauthorized use of computers or other Company-provided electronic equipment for inappropriate or unauthorized uses, or that otherwise impairs the security of the Company's network or the information stored on it.
f.  Failure to immediately inform their manager/supervisor after sustaining a work-related injury or illness.
g.  Violation of any Company rule, including those set forth herein and in the Code of Conduct.

**5.  Conduct that is otherwise unbecoming of a Simplot employee given the facts and circumstances, including the following:**
a.  Neglect, mishandling, or deliberate damage to property.
b.  Unreasonably interfering with another employee's ability to do their job.
c.  Fighting, threats of violence, provoking acts of violence, immoral conduct, indecency, or disorderly conduct on the job or at a work-related event.
d.  Malicious gossip or the spreading of rumors.
e.  Failure to report any overpayment in net pay or expense reimbursements.
f.  Smoking, except in designated areas and at designated times when specified by Company rules.
g.  Off-duty conduct that materially impacts your ability to do your job, another employee's ability to do their job, or that otherwise materially impacts the Company's business. This may include social media posts or other information published on the internet that (1) reflect negatively on Simplot or violate Simplot policy and (2) are unrelated to the terms and conditions of employment.

This list is illustrative, NOT exhaustive. Other improper conduct, as determined by Simplot, may be grounds for disciplinary action, up to and including termination of employment.

## Progressive Discipline

Simplot's interest lies in ensuring fair treatment of all employees and in making certain that disciplinary actions are prompt, uniform and impartial. The major purpose of any disciplinary action is to correct the problem, prevent recurrence and prepare the employee for satisfactory service in the future.

Disciplinary action may call for any of the following steps — counseling, verbal warning, written warning, suspension with or without pay, or termination of employment — depending upon the severity of the problem and the number of occurrences. There may be circumstances when one or more steps are bypassed at Simplot's discretion. Simplot recognizes that there are certain types of employee problems that are serious enough to justify either a suspension, or, in certain situations, termination of employment, without going through the usual progressive discipline steps.

While it is impossible to list every type of behavior that may be deemed a serious offense, the *Employee Conduct & Work Rules* above includes examples of problems that may result in immediate suspension or termination of employment. The problems listed are not all necessarily serious offenses, but may be examples of unsatisfactory conduct that will trigger progressive discipline.

By using progressive discipline, we hope that most employee problems can be corrected at an early stage, benefiting employees and Simplot.

## Technology Usage

Simplot provides computer, voice, and mobile information technology equipment and access to Simplot's network, email system, internet, and intranet to its employees for use in conducting business-related activities. Please refer to Simplot's *Global Technology Acceptable Use Policy* for more details about the acceptable use of technology resources at Simplot.

## Return of Property

Employees are responsible for all of Simplot's property, materials, written, or electronic information issued to them or in their possession or control. Employees must return all of Simplot's property immediately upon request or upon termination of employment, including but not limited to any Company credit card, vehicle, electronic devices and equipment, and any and all Company information. Simplot may also take all action deemed appropriate to recover or protect its property and information.

# Employee Benefits & Compensation

## Holidays

Each Simplot group or location will designate the holidays to be observed, and post their schedule on an annual basis. A holiday occurring while an employee is using Paid Time Off will be not charged to the employee's bank of hours, but will be recorded as holiday time. For additional information on eligibility and calculation for holiday pay, employees should review the policy applicable to their location or contact their local HR team member.

## Paid Time Off / Vacation

Employees may be eligible for Paid Time Off (PTO) or vacation time. Paid Time Off (PTO) and vacation time provide employees with a flexible bank of hours to meet personal needs, while maintaining their responsibility to Simplot to balance their workload with their time off. The eligibility requirements and terms for PTO and vacation time may vary by location, business group, or employment type.

Employees should contact a HR team member if they have questions regarding which PTO or vacation time policy applies to them. Employees should refer to the *PTO/Vacation Policy* at their location for additional detail, including specific language regarding any state or local paid leave requirements.

## Leave

Employees may be eligible for paid or unpaid leave for disability, military service, or certain circumstances according to the Family and Medical Leave Act of 1993 (FMLA). Please refer to Simplot's *Leave Policy* located on the Company intranet or where Simplot policies are housed for

more information. If employees have any questions about the policy, they should contact a HR team member.

## Jury Duty

Regular or Seasonal employees who are scheduled to work at least 30 hours per week are protected against loss of pay and benefits if required to appear in court to serve on a jury, or as required by law. While on jury duty or serving as a witness, you are entitled to the pay you would have received had you been at work. Your supervisor may require you to submit a copy of the summons to serve, in addition to proof of service when your period of jury or witness duty is completed.

## Bereavement Leave

Regular or Seasonal employees who are scheduled to work at least 30 hours per week may be excused with pay, at the employee's manager/supervisor's discretion, as follows:

- Up to five (5) days with pay in the event of the death of a spouse, child, or step-child;
- Up to three (3) days with pay in the event of the death of a parent, spouse's parent, sibling, or step-sibling;
- or one (1) day with pay for the funeral of other members of the employee's family (e.g., grandchildren, aunts, uncles, nieces, nephews, in-laws)

For purposes of this section, a day equals eight (8) hours. All other employees may be excused from work with supervisory approval, without pay. Any additional time off necessary for travel time or for personal reasons must be approved by the employee's supervisor. A manager/supervisor may request documentation supporting employee's request for funeral leave. For additional information on eligibility and calculation for paid bereavement leave or jury duty pay, employees should review the policy at their location or contact their local HR team member.

## Employee Benefits

Employees may be eligible to participate in certain benefits as may be implemented or provided by Simplot to its employees in its sole discretion, according to the terms and conditions set forth in applicable plans or policies. Details of the various benefit plans are provided at the time of hire and can be obtained by contacting the Human Resources Department. Simplot reserves the right to modify these and other benefits as it deems necessary, in its sole discretion. In cases of discrepancies, the relevant actual plan document controls between the plan document and this *Handbook.*

A number of the programs, such as Social Security, workers' compensation, state disability, and unemployment insurance, cover all employees in the manner prescribed by law. Employees who sustain work-related injuries or illnesses must inform their manager/supervisor immediately. Other benefits such as medical, vision, dental, life, and accidental death and dismemberment, retirement, and other benefits are available to eligible employees. Benefits eligibility is dependent upon a variety of factors, including employee classification and hours worked. Spouses and children of eligible employees may also be eligible for certain benefits, according to the terms and conditions set forth in applicable plans or policies. Employees will be provided additional information regarding benefits when they meet eligibility requirements.

## Meal and Rest Periods

Employees are provided with meal and rest periods in compliance with all applicable laws. Managers and supervisors will schedule meal and rest periods to accommodate operating requirements. Employees will be relieved of all active responsibilities and restrictions during meal and rest periods. Non-exempt employees must record their beginning and ending time of each meal period. No work is to be performed during this period.

Employees must notify their manager/supervisor or their HR team member immediately if they do not take meal and rest periods as described above, or if denied the right to take their allotted meal or rest periods.

## Overtime

When operating requirements or other needs cannot be met during regular working hours, employees may be scheduled to work outside of their individual work schedules. When possible, advance notification of these mandatory assignments will be provided. Occasionally, the aggregate time the employee is assigned to work may exceed the standard workweek of 40 hours. These excess hours are referred to as overtime for non-exempt employees.

All overtime work performed by non-exempt employees must receive the manager/supervisor's prior authorization.

Overtime compensation is paid to non-exempt employees in accordance with federal, state, and local laws and regulations. Current federal regulations call for non-exempt employees to be compensated at the rate of one and one half (1.5) times their regular rate for each hour worked in excess of 40 hours per week. Some state and local laws have different requirements regarding overtime pay.

## Timekeeping

Accurately recording time worked or time off is the responsibility of every employee. Salaried employees are required to timely enter vacation and Paid Time Off requests in Kronos.

Federal and state laws require Simplot to keep an accurate record of time worked in order to calculate a non-exempt employee's pay and benefits. Time worked is all the time actually spent on the job performing assigned duties. Non-exempt employees must accurately record the time they begin and end their work, as well as the beginning and ending time of each meal period. Non-exempt employees must also record the beginning and ending time of any split shift or departure from work for personal reasons.

Altering, falsifying, tampering with time records, or recording time on another employee's timecard is strictly prohibited and may result in disciplinary action, up to and including termination of employment. Employees must review their timecards to ensure accuracy and alert their manager/supervisor of any corrections/modifications necessary so that adjustments can be made to reflect the correct hours worked. Only an employee's manager may approve his or her time records.

## Paydays

In the event that a regularly scheduled payday falls on a day off such as a holiday, employees will receive pay on the last day of work before the regularly scheduled payday.

## Administrative Pay Corrections

Simplot takes all reasonable steps to ensure that employees receive the correct amount of pay in each paycheck and that employees are paid promptly on the scheduled payday.

In the event there is an error in the amount of pay, employees must promptly bring the discrepancy to the attention of HR Solutions so that the reported error can be investigated and any necessary corrections can be paid on the next regular pay date, exceptions are determined by individual state law.

## Pay Deductions and Setoffs

The law requires that Simplot make certain deductions from every employee's compensation. Among these are applicable federal and state income taxes. Simplot must also deduct Social Security and Medicare taxes on each employee's earnings.

Simplot offers programs and benefits beyond those required by law. Eligible employees may voluntarily authorize deductions from their paychecks to cover the costs of participation in these programs. Pay setoffs are pay deductions taken by Simplot, usually to help pay off a debt or obligation to Simplot or others, where there is an agreement to do so.

Employees who have questions concerning deductions made from their paycheck or how they were calculated, should contact Payroll. Employees who believe any unauthorized, illegal, or improper deductions were made to their paycheck are required to immediately notify their manager/supervisor or Payroll.

## Work Schedules

Work schedules vary throughout our organization. Managers/supervisors will advise employees of their individual work schedules. Staffing needs and operational demands may necessitate variations in starting and ending times, as well as variations in the total hours that may be scheduled each day and week.

## Workplace Safety

To assist in providing a safe and healthy work environment for employees, customers, and visitors, Simplot has established a workplace safety program. This program is a top priority for Simplot. Its success depends on the alertness and personal commitment of all.

The basis of the safety program is the *Simplot Global Safety Philosophy*. The philosophy is the foundation of Simplot's positive, proactive safety culture. All employees are responsible for proactively supporting and promoting health and safety in all aspects of our global business. We strive to be incident free and create a global culture where people are empowered to openly discuss hazards and corrective actions.

Employees are expected to obey safety rules and to exercise caution in all work activities. Employees must immediately report any unsafe condition to the appropriate manager/supervisor. Employees who violate safety standards, who cause hazardous or dangerous situations, or who fail to report or, where appropriate, remedy such situations, may be subject to disciplinary action, up to and including termination of employment.

In the case of accidents that result in injury, regardless of how insignificant the injury may appear, employees must immediately notify the appropriate manager/supervisor. Such reports are necessary to comply with laws and initiate insurance and workers' compensation benefits procedures.

# Workplace Violence Prevention

Simplot is committed to providing a safe workplace, where violence is prohibited. Violent acts include but are not limited to physical attack, stalking, intimidation, threats, or property damage.

It is a violation of this policy to engage in workplace violence, including but not limited to:
- Using, possessing, or threatening to use an unauthorized weapon;
- Injuring another person physically;
- Intentionally damaging property;
- Verbally threatening to harm a person or his or her family members, friends, or their property;
- Making harassing or threatening statements or phone calls;
- Sending harassing or threatening e-mails or messages;
- Engaging in unwanted physical contact with another person;
- Hitting or shoving a person;
- "Stalking" a person (i.e., following someone repeatedly and deliberately in a way that puts them in a reasonable fear for their safety);
- Retaliation against any employee who, in good faith, reports a violation of this policy; and
- Engaging in behavior that creates a reasonable fear of injury to another person.

This policy prohibits retaliation against employees who, in good faith, reports a violation of this policy.

Intimidation includes stalking or engaging in actions intended to coerce, frighten, or cause another person extreme distress. Physical attack includes hostile acts such as pushing, kicking, hitting or fighting. Workplace Violence is any physical assault, threatening behavior or verbal abuse occurring in the workplace by employees or third parties.

Employees are encouraged to be alert to the possibility of violence on the part of employees, former employees, customers, vendors and strangers. Employees must immediately report all acts of violence or threats of violence to a manager/supervisor, a local HR team member, or to the Human Resources Department. Management will investigate in a confidential manner, if possible. If a violation has occurred, appropriate disciplinary action will be taken in a timely manner. A violation of this policy will be grounds for disciplinary action, up to and including termination of employment.

# Workplace Monitoring and Security Inspections

Workplace monitoring may be conducted by Simplot to ensure quality control, employee safety, security, and customer satisfaction.

The Simplot computer network is used to identify and correct performance problems through targeted training. Improved job performance enhances our customers' image of Simplot as well as their satisfaction with our service.

Simplot may conduct video surveillance of non-private workplace areas. Video monitoring is used to identify safety concerns, maintain quality control, detect theft and misconduct, and discourage or prevent acts of harassment and workplace violence.

Desks, lockers, and other storage devices may be provided for the convenience of employees but remain the sole property of Simplot. Accordingly, desks, lockers, and other storage devices, as well as any articles found within them, can be inspected by Simplot at any time, either with or without prior notice.

Because Simplot is sensitive to the legitimate privacy rights of employees, every effort will be made to guarantee that workplace monitoring is done in an ethical and respectful manner.

## Use of Equipment and Vehicles

Equipment and vehicles essential in accomplishing job duties are expensive and may be difficult to replace. When using Simplot's property, employees are expected to exercise care, perform required maintenance, and follow all operating instructions, safety standards, and guidelines.

Employees must notify their manager/supervisor if any equipment, machine, tools, or vehicle appear to be damaged, defective, or in need of repair. Prompt reporting of damages, defects, and the need for repairs could prevent deterioration of equipment and possible injury to employees or others. Manager/supervisors can answer any questions about employee responsibilities for maintenance and care of equipment or vehicles used on the job.

The improper, careless, negligent, destructive, or unsafe use or operation of equipment or vehicles, as well as excessive or avoidable traffic and parking violations, can result in disciplinary action, up to and including termination of employment.

This section sets forth Simplot's general policy relating to the use of equipment and vehicles. If an employee works at a location with a separate vehicle policy, the terms and conditions of that vehicle policy shall apply to that employee.

## Driver Safety

Employees driving a Company vehicle or a privately-owned vehicle on Company business are expected to observe applicable motor vehicle laws and to be sure that the vehicle is in compliance with all applicable laws. Employees that drive Company vehicles or privately-owned vehicles on Company business may be required to submit a copy of their driving records annually.

Employees must adhere to all federal, state, or local rules and laws regarding the use of cell phones while driving. Employees are prohibited from using text messaging, email, or any similar form of electronic communication while operating a motor vehicle while performing Simplot business. Employees are prohibited from using hand-held cell phones while operating a motor vehicle, unless such use is through a hands-free device. Violation of this policy may subject employees to disciplinary action, up to and including termination.

## Drug and Alcohol Use and Testing

Simplot is committed to providing a safe, efficient, and productive work environment for employees. Using or being under the influence of drugs or alcohol on the job may pose serious safety and health risks. Simplot reserves the right to require employees, at hire, or at any time during employee's employment, to submit to a drug and/or alcohol screen. Employees are required to follow the *Substance Abuse Policy* available on the Company intranet or where Simplot policies are housed. If employees have any questions about the policy, they should contact a HR team member.

## Smoking

Smoking, including the use of electronic smoking devices, is prohibited on all Company premises, except in areas specifically designated by Simplot as smoking areas.

## Visitors in the Workplace

To provide for the safety and security of employees and the facilities at Simplot, only authorized visitors are allowed in the workplace. Restricting unauthorized visitors helps maintain safety standards, protects against theft, ensures security of equipment, protects confidential information, safeguards employee welfare, and avoids potential distractions and disturbances.

Authorized visitors will receive directions or be escorted to their destination. Employees are responsible for the conduct and safety of their visitors. If an unauthorized individual is observed on Simplot's premises, employees must immediately notify their manager/supervisor or, if necessary, direct the individual to an appropriate area.

# Employee Handbook Acknowledgment & Receipt

I have been given access to a copy of the Employee Handbook.

The Employee Handbook describes important information about J. R. Simplot Company and its affiliated companies, and I understand that I should consult my manager/supervisor or a HR team member regarding any questions not answered in the Employee Handbook.

Other than the Code of Conduct, this Employee Handbook and the policies and procedures contained herein supersede any and all prior practices, oral or written representations, or statements regarding the terms and conditions of my employment with J.R. Simplot Company or its affiliated companies. By distributing this Employee Handbook, Simplot expressly revokes any and all previous policies and procedures that are inconsistent with those contained herein.

I understand that, except for employment-at-will status, any and all policies and practices may be amended or altered periodically by J.R. Simplot Company or its affiliated companies and it reserves the right to change my hours, wages and working conditions as necessary. I understand that such revised information and policies may supersede, modify or eliminate existing policies.

I understand and agree that nothing in the Employee Handbook creates, or is intended to create, a promise or representation of continued employment, and that employment at J.R. Simplot Company or its affiliated companies is employment at-will, which may be terminated at the will of either my employer or myself, except only as stated in any fully-executed employment agreement. Furthermore, I acknowledge that this Employee Handbook is neither a contract of employment nor a legal document, and that nothing in this Employee Handbook is intended to infringe upon any of my rights to protected concerted activity.

I have received the Employee Handbook, and I understand that it is my responsibility to read and comply with the policies contained in this Employee Handbook and any revisions made to it.

Employee's Signature

Employee's Name (Print)

Date