# Exhibit C

| ![Simplot] | # PHCI .04 *replaces CN 1.02* | Page: 1 of 5 |
|---|---|---|
| | Date: 01/30/2012 | Supersedes: 01/01/05 |
| Subject: **Conflict of Interest Policy** | | |
| Written By: Erin Nuxoll, SVP Human Resources | Functional Sponsor Erin Nuxoll, SVP Human Resources | Policy Owner SVP, Human Resources |
| Legal: David Spurling | SVP, Human Resources Erin Nuxoll | CEO Bill Whitacre |
| Policy Administrators: HR Services HR Business Partners | Policy Administrator OD Team (annual acknowledgement) | Policy Administrators HR Personnel & Location HR Managers Employees |

**PURPOSE / INTENT / PHILOSOPHY**
The company desires to avoid situations in which favoritism or interpersonal relationships might interfere with business performance and/or decision-making.

It is management's intent to prohibit its Employees from engaging in activities, practices or conduct that conflicts with, or appears to conflict with, the interests of the Company, its customers or its suppliers. The prohibitions included in this policy are not intended to be exhaustive, but to serve only as examples.

**SCOPE / APPLICATION**
This Policy applies to all directors, officers, managers and employees (collectively "Employee" or "Employees") of the J.R. Simplot Company and its subsidiaries.

**RESPONSIBILITY FOR IMPLEMENTING**
Supervisors/managers are responsible for implementation and monitoring ongoing compliance within their functional areas.  Employees are obligated to inform their supervisors/managers of any conflict of interest they may have, or are aware of, in the Company.

**PROCEDURAL DETAIL**

A. Employment of Relatives, Roommates, or Significant Others
The Company permits the employment of Employees' relatives, roommates, and/or significant others where such employment does not, in the opinion of the Company, create actual or perceived conflicts of interest. "Relative" is defined as spouse, child, parent, sibling, grandparent, grandchild, aunt, uncle, first cousin, or corresponding in-law or "step" relation. The Company will exercise sound business judgment in the placement of related Employees in accordance with the following guidelines:

Individuals who are related by blood or marriage, or who have romantic relationships are permitted to work in the same Company facility, provided no direct reporting relationship or indirect reporting relationship that is deemed to create a conflict of interest exists.  For the purposes of this policy, employees classified as "leads" are considered to have a direct reporting relationship to the individuals to whom they provide direction.  A direct reporting

| | # PHCI .04 | Page: |
|---|---|---|
| **Conflict of Interest Policy** | *Replaces CN 1.02* | 2 |

relationship constitutes a conflict of interest or the appearance of such a conflict. An indirect reporting relationship may also create a conflict of interest or the appearance of such a conflict. Examples of indirect reporting relationships: a first-line supervisor may directly report to a production manager, but indirectly reports to the plant manager; Indirect reporting relationships involve situations where one individual falls within the chain of command or line of authority of another, even though not directly reporting to that person.

An employee may have a direct reporting relationship to an individual that they are related to by blood or marriage if the location manager has signified their approval with the appropriate waiver.  The Company reserves the right to revoke the waiver at any time and for any reason.

Where a conflict of interest exists and a waiver has not been approved, one of the Employees will be transferred, if transfer is available, at the earliest practicable time, but not to exceed 90 days. When a transfer is not available or will not solve the conflict of interest, one of the Employees must resign or will be terminated within the same 90 day time period.

The selection of which individual is impacted should be based on the affected Employees' preference where possible. Otherwise, local management and Group HR should make the decision.

B. Dating

Dating of Subordinates The Company strongly discourages leads, supervisors, and managers from dating company Employees within their sphere of influence, and prohibits dating any subordinate-level Employee who has a direct reporting relationship or has an indirect reporting relationship that creates a conflict of interest or the appearance of such a conflict.

Such relationships can be disruptive to the work environment, create a conflict or the appearance of a conflict of interest, and lead to charges of favoritism, discrimination, and claims of sexual harassment. While the Company has no desire to encroach on the privacy of its Employees or their off-duty conduct, where such conduct impacts the work environment in a negative manner, the Company will take appropriate corrective action.

Human Resources Personnel Additionally, for the same reasons, Human Resources personnel are prohibited from dating co-workers within their work location or area of responsibility without prior written approval by the SVP of Human Resources.  HR Professionals have a unique role in a business:  advising management; maintaining an open door to employees regarding fair treatment and responding to their concerns; and maintaining confidentiality of employee information.  Because of these job responsibilities, a high standard of professionalism applies and the risk of adverse workplace impact is significant.  Therefore, a predetermination of the impacts to the workplace and any possible mitigation is mandatory.  Refer to HR Dating Guideline

C. External Business Relationships
Due to the potential for conflict of interest, Employees will refrain from:

| | # PHCI .04 *Replaces CN 1.02* | Page: 3 |
|---|---|---|
| **Conflict of Interest Policy** | | |

Engaging directly or indirectly in any business transaction or private arrangement for profit that is derived from or is based on a position of authority with the Company; or Participating as a Company representative, or acting on behalf of the Company in the negotiation of, or decision to award contracts; the settlement of any claims or charges in any contracts; the making of loans; rate fixing; guarantees; or other things of value with or for any entity in which the Employee has a financial or personal interest (except as approved by the Company). Where such business relationships impact the work environment in a negative manner, the Company will take appropriate corrective action.

Serve as officers, directors, associates or consultants of any company, which either does business or wants to do business or competes or seeks to compete with the Company, unless the individual is serving as the Company's representative at the Company's request. Compete with the Company when buying or selling property.

### D. Misuse of Information
No Employee may misappropriate, for personal gain or for the gain of others, any information obtained as a result of employment and not available in the public domain, nor may the Employee disclose this information. All salaried Employees and select hourly Employees may be required to sign a "Employee Secrecy and Confidentiality Agreement" as a condition of employment.

### E. Misuse of Company Facilities and Equipment
No Employee may use Company equipment, supplies, or properties for personal gain, except as designated and authorized by the Board or a Board Committee as described in the waiver section of this policy.  Such authorization must be documented in the individual employee's employment file.

### F. Outside Employment
Employees are discouraged from engaging in or accepting outside employment or rendering services for another as it may detract from or interfere with their J.R. Simplot Company employment. Outside employment that detracts from or interferes with their J.R. Simplot Company employment, creates a conflict of interest, or the appearance of such a conflict, is prohibited.

### G. Accepting / Offering Gifts
Under no circumstances should any Employee accept any gift, gratuity, or entertainment of any kind, from any party with whom the Company conducts business or may conduct business, that could be construed as actually or potentially interfering with or compromising his/her responsibility to make independent decisions in the best interest of the Company.  Every Employee is encouraged to use common sense and discuss the situation with his/her supervisor.

In order to avoid any conflict of interest, all potential situations involving gifts, gratuities, or entertainment that exceed a nominal value should be discussed by the Employee and his or her supervisor prior to acceptance. Gifts of a nominal value are acceptable during holiday seasons or as a way of saying "Thank you for the business" from existing suppliers.  While it is difficult to define "nominal value," common sense should dictate what would be considered extravagant or excessive.  If a disinterested third party would be likely to infer that it affected your judgment, then it is too much.

| | # PHCI .04 *Replaces CN 1.02* | Page: 4 |
|---|---|---|
| **Conflict of Interest Policy** | | |

Substantial gifts and/or gifts of cash, or cash equivalents, should not be accepted and should be reported to management.

The practice of giving gifts should only be used to establish good will and maintain working relationships. Employees should never offer entertainment, gratuities or gifts that are excessive or used to improperly influence the business judgment of a company whose business the Company may be seeking. Any gift offered should be of nominal value and business related. The gift must be consistent with gift giving laws, regulations and practices in the industry and country. Under no circumstance should cash or cash equivalents be made to a customer, supplier or business partner.

When deciding the appropriateness of a gift, each Employee is encouraged to discuss the gift with his/her supervisor prior to offering the gift. The Employee should use common sense to ensure that the business gift is appropriate, reasonable and could easily withstand public scrutiny without damaging the reputation of the J. R. Simplot Company.

H. Inappropriate Conduct
Employees will not engage in, directly or indirectly, either on or off the job, any conduct that is disruptive, competitive, or damaging to the Company. Such prohibited activity also includes any illegal acts in restraint of trade.

I. Investments
Employees may not invest in, own stock or other securities of, or have any other financial interest in, any organization doing business with the Company, unless the financial interest in such an organization is deemed immaterial to the Employee, is offered by the Company as an employee benefit or has been authorized by the Board in accordance with the waiver provision of this policy. An investment is deemed to be immaterial to an Employee if:

- the Company's purchases from, sales to, or services obtained or rendered to the organization are less than 5% of the organization's total sales, and
- the Employee's and/or family members' interests in the organization's outstanding securities/capital value is less than 1%, and
- The Employee's and/or family members' interests represent less than 5% of the total assets of the Employee and/or family members.

Under no circumstances shall an Employee participate in any negotiations or business transactions with an organization in which the Employee and/or family members have a material financial interest.

J.  Relationships with Suppliers
The Company encourages good supplier relations. However, Employees may not benefit personally, whether directly or indirectly, from any purchase of goods or services for or from the Company. Employees whose responsibilities include purchasing (be it inventories, fixtures, services, real estate or other), or who have contact with suppliers, must not exploit their position for personal gain. Under no circumstances may any Company Employee receive cash or cash equivalents from any supplier, whether directly or indirectly.

| | # PHCI .04  *Replaces CN 1.02* | Page: 5 |
|---|---|---|
| **Conflict of Interest Policy** | | |

K.  <u>Premiums and Prizes</u>
Premiums and prizes are occasionally offered by manufacturers for the sale or purchase of certain quantities of merchandise. The Company's buying program is not to be influenced by any premium, prize or cash award to the buyer. Merchandise is to be purchased only when needed to replenish inventory or when an impartial business decision has been made to purchase a new item.

The Company and its Employees must not participate in contests in which suppliers give merchandise or other awards, such as trips, to Employees.  In these instances, the Company will attempt to obtain cash for its account or the merchandise, etc., as premiums to be used at the discretion of the Company. In the event a vendor refuses to reimburse the Company in place of the Employee, the matter should be turned over to the appropriate Group President, functional head or Employee Complaint line, to determine whether future business with this vendor is warranted. Through the vendor's national headquarters, Company management will endeavor to resolve the matter to the Company's benefit. In the event a supplier or vendor seeks to avoid or circumvent Company policy in this regard, the Company's policy should be firmly communicated to the relevant supplier or vendor and the matter reported to the appropriate Group President, functional head or contact the [Employee Reporting Hotline](#).

L.  <u>Samples</u>
It is accepted business practice for vendors to distribute samples to potential purchasers. Company policy is that, to the extent necessary to make a reasoned appraisal of new products, samples of such products may be accepted in limited quantities only by Employees responsible for procuring or merchandising such products.

**DISCLOSURE AND DISCIPLINE**
Any actual, potential or perceived conflict of interest must be disclosed to the Company by the Employee. Failure to disclose, or involvement in, a conflict of interest by the Employee can result in discipline, up to and including termination.

Any supervisors, managers or HR personnel aware of a conflict of interest must take appropriate corrective action and/or disclose the information to their management.

**IMPLEMENTATION**
It is the responsibility of the group president and senior management at each company location to communicate and actively promote compliance with the Company's Conflict of Interest Policy. Each location will address existing, potential and future conflicts of interest through reassignments, transfers, or appropriate corrective action, up to and including termination. Group Human Resources will be involved in any involuntary transfer or termination.

Company operating groups and divisions may utilize their own policies on ethics or standards of conduct appropriate to their businesses, as long as they are not inconsistent with this Policy or the [Code of Ethics](#).

| Conflict of Interest Policy | # PHCI .04 *Replaces CN 1.02* | Page: 6 |
|---|---|---|

The existence of a conflict of interest or violation of this Policy will be determined at the Company's sole discretion and judgment.

## COMMUNICATION

This policy will be communicated to all Company Employees through the appropriate Human Resources Departments. The communication vehicles used should ensure Employee understanding of their responsibilities under this policy. Examples of communication vehicles includes:  reference in employee handbooks or employee rules, publication on the Company Intranet Web Page, posting notices, etc.

## WAIVER

Waivers of this policy for any individual may be made only by the approval of the applicable Group President and the President and CEO of the Company.  Requests for waiver must be approved and documented on an approved form provided by the applicable Group HR Site Leader and must include the signature of the applicable Group President and the President and CEO of the Company.  A listing of all approved waivers to this policy should be compiled and presented to the Board of Directors at least annually by the President and CEO.  This waiver listing should be made available upon request to any shareholder or board of director member and should be reviewed periodically by management for completeness.  Documentation of a waiver must also be included in the individual's employee file.  [Waiver Request Form](#)

## REVIEW AND REVISION

Additions, deletions and revisions will be made by the SVP, Corporate Human Resources.