# Exhibit D

Kadyn Del Toro states as follows:

1. I have informed the J. R. Simplot Company ("Simplot") that I am resigning my employment with Simplot. I understand that as a condition of my employment with Simplot, I agreed to keep certain information and documents relating to Simplot's and its related businesses and joint ventures confidential in accordance with the terms and conditions of Simplot's Employee Secrecy and Confidentiality Agreement, which I signed on October 9, 2017 ("Confidentiality Agreement"). During my exit interview on July 22, 2022, Simplot gave me a copy of the Confidentiality Agreement that I signed along with a letter dated July 22, 2022, which outlined Simplot's expectations regarding my obligations under the Confidentiality Agreement.

- The only documents (whether hard copy or electronic) that I have in my possession, custody, or control (such as at home, stored in a personal e-mail account, or on a personal computer or mobile device) that pertain to Simplot's business (other than documents and information that pertain to my pay, benefits, or terms and conditions of employment) are as follows:

2. _____NONE_____ [IF NONE, PUT "NONE" IN THE BLANK ABOVE]. For each document that I disclosed in this paragraph, I will, within three days of signing this acknowledgement, either: (a) destroy such documents or (b) return all such documents to Simplot so that I no longer have these documents in my possession, custody, or control.

3. I have returned all other company property to Simplot including keys, access cards, badges, company vehicles, computers, tablets, mobile phones, and any other company issued electronic device.

I have signed this document on July 22, 2022.

*Kadyn Del Toro*
_____
**Kadyn Del Toro**